## Samuel P. Faunce, Appellant, *v.* The City of Philadelphia.

Argued March 27, 1896. Appeals, Nos. 66 and 67, Jan. T., 1896, by plaintiff, from judgments of C. P. No. 3, Phila. Co., Dec. T., 1893, Nos. 1098 and 1099, on verdicts for defendant. Before STERRETT, C. J., GREEN, McCOLLUM, DEAN and FELL, JJ. Reversed.

*Samuel Wakeling,* for appellant.

*E. Spencer Miller,* assistant city solicitor, with him *John L. Kinsey,* city solicitor, for appellee.

OPINION BY MR. JUSTICE FELL, October 5, 1896:

These cases involve the same questions considered and decided in Quicksall and Lee v. The City of Philadelphia, Nos. 64 and 65 of January term, 1896, supra, 301. For the reasons stated in the opinions filed in those cases the judgments in these are reversed with new venires.